# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0448
_____

PATRICK BERRANE,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

November 15, 2023

PER CURIAM.

   DENIED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David M. Lamos of Law Offices of David M. Lamos, Fort Pierce, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.